COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name ARMSTRONG        ANDREW        E
     (Last)          (First)      (Initial)

Prisoner Number  H-44225

Institutional Address  CTF NORTH FACILITY/RA-251 P.O. BOX 705
SOLEDAD, CA 93960-0705

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW EMIL ARMSTRONG
(Enter the full name of plaintiff in this action.)

vs.

B. CURRY, WARDEN
J. CHUDY, M.D. CHIEF MEDICAL OFFICER
I. GREWAL, M.D.
S. MORRIS, R.N.,   ULANDAY, M.D.
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  CTF-SOLEDAD

B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                     - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____BYPASS_____

2. First formal level __GRANTED-SEPTEMBER 23, 2006   LOG. No.06-02632__

3. Second formal level __GRANTED-OCTOBER 31, 2006__

4. Third formal level __DENIED-OCTOBER 18, 2007__

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (XX)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____N/A_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

ANDREW E. ARMSTRONG, P.O. BOX 705 RA-251 SOLEDAD CA 93960-0705

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

B. CURRY, WARDEN

J. CHUDY, M.D., CHIEF MEDICAL OFFICER

COMPLAINT                    - 2 -

1  I. GREWAL, M.D., STAFF PHYSICIAN AND SURGEON

2  ULANDAY, M.D., STAFF PHYSICIAN

3  S. MORRIS, R.N., UTILIZATION MANAGEMENT NURSE (ALL EMPLOYED AT CTF)

4  III.   Statement of Claim

5         State here as briefly as possible the facts of your case. Be sure to describe how each

6  defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7  cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8  numbered paragraph.

9  IT IS APPELLANT'S CLAIM THAT HE IS BEING DENIED ADEQUATE MEDICAL CARE AND

10 ADEQUATE ADMINISTRATIVE DUE PROCESS FOR AJUDICATION OF MEDICAL CARE BY

11 CORRECTIONAL TRAINING FACILITY (CTF) FOR LOSS OF VISION IN HIS LEFT EYE.

12 APPELLANT CONTEND THAT DEFENDANTS GREWAL AND CHUDY FOUND THAT HE HAS

13 ["DYSFUNCTION OF LEFT OPTIC NERVE". (CAUSING BLINDNESS) IN LEFT EYE].

14 PLAINTIFF CONTEND THAT THESE DEFENDANT'S EXAMINATIONS FAILED TO DETERMINE

15 ADEQUATELY THE CAUSE OF SAID DYSFUNCTION IN A MANNER WHICH WOULD AND COULD

16 APPROPRIATELY RECOMMEND PROPER TREATMENT. APPELLANT CONTENDS THAT DEFENDANT

17 ULANDAY IMPROPERLY PRESCRIBE GLAUCOMA MEDICATION WHEN SAID DEFENDANT KNEW

18 APPELLANT DID NOT HAVE GLAUCOMA. THIS DEFENDANT FURTHER FAILED TO

19 ADEQUATELY EXAMINE APPELLANT TO EXPLAIN THE LOSS VISION. APPELLANT CONTEND

20 THAT DEFENDANT MORRIS HAS BEEN AWARE THAT HIS MEDICAL CONDITION HAS A

21 THIRTEEN YEAR HISTORY YET PROVIDES "NO TREATMENT" (SEE ATTACHED SHEET)

22 IV.   Relief

23        Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24 you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25 1. THAT PLAINTIFF IS EXAMINED BY COMPETENT MEDICAL PERSONELL TO DETERMINE

26 THE EXACT CAUSE OF HIS LOSS OF VISION. 2. COMPENSATORY DAMAGES ACCORDING

27 TO PROOF FOR EACH DEFENDANT LIABLE (NO LESS THAN 25,000.00) 3. SPECIAL

28 DAMAGES ACCORDING TO PROOF FOR EACH DEFENDANT LIABLE (NO LESS THAN 100,000.00)
4. COST OF SUIT, INCLUDING LEGAL FEES. 5. THAT PLAINTIFF BE TRANSFERED TO A
VACAVILLE STATE PRISON "MEDICAL FACILITY" THAT ACCOMMODATE SIGHT IMPARED INMATES.

COMPLAINT                              - 3 -

STATEMENT OF CLAIMS CONTINUES:

AND "CONSERVATIVE MANAGEMENT" FOR A MEDICAL CONDITION THAT HAS BEEN INADEQUATELY DIAGNOSED AND INADEQUATELY ADMINISTRATIVELY ADJUDICATED BY CTF. BASED UPON A VAGUE MEDICAL REPORT ISSUED BY DR. DEL PIERO.

PLAINTIFF ALLEGES THE FOLLOWING:

(1) DEFENDANTS SYSTEMATIC AND/OR GROSS DEFICIENCIES IN STAFFING, FACILITIES, EQUIPMENT AND PROCEDURES ARE CONTRIBITORY TO PLAINTIFFS LACK OF ADEQUATE MEDICAL CARE.

(2) DEFENDANTS FAILED TO OBTAIN PROFESSIONAL JUDEMENT TO ADEQUATELY AND PROPERLY ASSESS PLAINTIFFS FAILING EYE SIGHT.

(3) PLAINTIFF WAS DENIED ACCESS TO MEDICAL PERSONNELL QUALIFIED TO EXERCISE JUDEMENT WITH THE NECESSARY SPECIALIZED EXPERTISE.

(4) DEFENDANTS FAILED TO CONDUCT TESTS THAT PLAINTIFF'S SYMPTOMS CALL FOR.

(5) THAT PLAINTIFF'S FAILING EYESIGHT SIGNIFICANTLY AFFECTS HIS DAILY ACTIVITIES.

1
2
3
4   I declare under penalty of perjury that the foregoing is true and correct.
5
6   Signed this ___4th___ day of __December__, 20_07_
7
8                               _____/s/ Andrew E. Armstrong_____
9                                      (Plaintiff's signature)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  December 4, 2007

2  Clerk of the United States District Court
   Northern District of California
3  450 Golden Gate Avenue, Box 36060
   San Francisco, CA 94102
4

5  **RE: Request to Proceed In Forma Pauperis In Case of <u>Andrew Armstrong v. B.
   Curry, Warden et. al.</u>**
6

7  Dear Sir/Madam Clerk,

8      Enclosed, you shall find an Original of a Civil Complaint pursuant to
   42 U.S.C. §§ 1983 (entitled "<u>Andrew E. Armstrong v. B. Curry et. al.</u>") for
9  your filing and processing. However, while relevant and applicable rules
   require any prisoner/person desiring to proceed as an indigent
10 prisoner/party to file an In Forma Pauperis Application along with a
   complaint. I am nonetheless precluded from personally and directly filing
11 herewith the requisite In Forma Pauperis Application due to the local
   promulgated policy implemented by my current place of incarceration.
12
       Particularly, the abovesaaid "policy" requires that I submit the In
13 forma Pauperis Application directly to the Inmate Trust Account Office
   (here at my current place of incarceration) where then, staff therein will
14 process the application and thereafter, forward such application thereto
   the appropriate court of which it is designated to go to. Being so, I am
15 now apprising you of the latter so as to inform you that providing that the
   application does not arrive there to the court simultaneously with the
16 enclosed complaint, it is presumably enroute at this time and shall arrive
   soon. Accordingly, I implore upon you to bear with any delays and
17 inconvenience this "process" may cause and to likewise, process my
   complaint accordingly.
18
       Thank you in advance for your consideration and understanding in this
19 matter. I shall confide that you will accommodate me as so requested.

20 Very Sincere,
   *Andrew Armstrong* (signature)
21 ANDREW ARMSTRONG   H-44225
   P.O. BOX 705    RA-251
22 SOLEDAD, CA 93960-0705

23

24

25

26

27

28

Andrew Armstrong H-44225
P.O. Box 705   RA-251
Soledad, CA 93960-0705

RECEIVED
07 DEC -7 PM 1:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro Se

Clerk of the United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102