FILED

DEC 19 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW E. ARMSTRONG

        Plaintiff,

vs.

B. CURRY, Warden, et. al.

        Defendant.

CASE NO. C07-6251-JF

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ANDREW E. ARMSTRONG, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_____ Net: _____

Employer: _N/A_____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____INCARCERATED_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.  Business, Profession or                 Yes ____ No _X_
10        self employment
11    b.  Income from stocks, bonds,            Yes ____ No _X_
12        or royalties?
13    c.  Rent payments?                             Yes ____ No _X_
14    d.  Pensions, annuities, or                 Yes ____ No _X_
15        life insurance payments?
16    e.  Federal or State welfare payments,       Yes ____ No _X_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
           N/A
21  _____
22  _____

23  3.  Are you married?                               Yes ____ No _X_
24  Spouse's Full Name: ____N/A_____
25  Spouse's Place of Employment: ____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____00_____ Net $____00_____
28  4.  a.  List amount you contribute to your spouse's support:$ __N/A___

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A
_____

_____

5.  Do you own or are you buying a home?   Yes ____ No _X_

Estimated Market Value: $___00___   Amount of Mortgage: $___00___

6.  Do you own an automobile?   Yes ____ No _X_

Make ___N/A___   Year ___N/A___   Model ___N/A___

Is it financed? Yes ____ No _X_  If so, Total due: $ ___00___

Monthly Payment: $ ___00___

7.  Do you have a bank account?  Yes ____ No _X_  (Do not include account numbers.)

Name(s) and address(es) of bank: ___N/A___

_____

Present balance(s): $ ___N/A___

Do you own any cash? Yes ____ No _X_  Amount: $ ___00___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No _X_

___N/A___

8.  What are your monthly expenses?

Rent: $ ___00___   Utilities: ___00___

Food: $ ___00___   Clothing: ___00___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ ___00___ | $ ___00___ |
|  | $ _____ | $ _____ |
|  | $ _____ | $ _____ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/4/07          *Andrew C. Armstrong*

DATE          SIGNATURE OF APPLICANT

Andrew Armstrong H-44225
P.O. Box 705   RA-251
Soledad, CA 93960-0705

Clerk of the United States Dist. Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

9410283432 0004



UNITED STATES POSTAGE
02 1M
00042296/3
$00.58°
PITNEY BOWES
DEC 17 2007
MAILED FROM ZIPCODE 93960