E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW E. ARMSTRONG, Plaintiff,

vs.

B. CURRY, Warden, et. al., Defendant.

CV 07 51

CASE NO. ____________ JF (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ANDREW E. ARMSTRONG, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: ____________

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

INCARCERATED

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married? Yes ___ No X

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ 00 Net $ 00

4. a. List amount you contribute to your spouse's support:$ N/A

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ___ No _X_

Estimated Market Value: $ 00 Amount of Mortgage: $ 00

6. Do you own an automobile? Yes ___ No _X_

Make N/A Year N/A Model N/A

Is it financed? Yes ___ No _X_ If so, Total due: $ 00

Monthly Payment: $ 00

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ___ No _X_ Amount: $ 00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

N/A

8. What are your monthly expenses?

Rent: $ 00 Utilities: 00

Food: $ 00 Clothing: 00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 00 | $ 00 |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/28/07
DATE

Andrew E. Armstrong
SIGNATURE OF APPLICANT

FILED
08 JAN 14 PM 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case Number:** CV 07 6251 JF

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ANDREW ARMSTRONG H-44225 for the last six months at

CTF-SOLEDAD [prisoner name]

_____________________ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø.

Dated: 1-10-08

Brenda Nation, Acct Technician
[Authorized officer of the institution]

ATTN: TRUST OFFICE

1-10-08
BY Brenda Nation
TRUST OFFICE
Account Technician

00001000

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 11, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : H44225 BED/CELL NUMBER: CFEWT1000000135U
ACCOUNT NAME : ARMSTRONG, ANDREW EMIL ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/14/2003 | H107 | POSTAGE HOLD | 3808 POST | 3.13 |
| 06/16/2004 | H107 | POSTAGE HOLD | 4628 POST | 4.24 |
| 06/16/2004 | H107 | POSTAGE HOLD | 4632 POST | 3.34 |
| 06/16/2004 | H107 | POSTAGE HOLD | 4632 POST | 4.86 |
| 07/22/2004 | H107 | POSTAGE HOLD | 0266 POST | 4.49 |
| 10/08/2004 | H107 | POSTAGE HOLD | 1199 POST | 4.91 |
| 03/25/2005 | H107 | POSTAGE HOLD | 3123 POST | 3.13 |
| 05/17/2005 | H107 | POSTAGE HOLD | 3693 POST | 3.85 |
| 06/08/2005 | H107 | POSTAGE HOLD | 3966 POST | 7.37 |
| 11/21/2006 | H107 | POSTAGE HOLD | 1532 POST | 4.06 |
| 11/21/2006 | H107 | POSTAGE HOLD | 1531 POST | 2.79 |
| 01/09/2007 | H107 | POSTAGE HOLD | 1989 POST | 4.06 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 50.23 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 50.23- |

TRAINING FACILITY
... CA 93960
ATTN: TRUST OFFICE

1-10-08
... OF CORRECTIONS
BY Brenda Natia
TRUST OFFICE
Account Technician

JAN 14 PM 2:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 28, 2007

ANDREW E. ARMSTRONG H-44225
P.O. BOX 705 RA-251
SOLEDAD, CA 93960-0705

Dear Richard W. Wieking, Clerk,

I received your notice, in regards to case number(s) CV 07 6377 and CV 07 6251 stating that I did not file an In Forma Pauperis Application. On December 4, 2007 I submitted an application for case No. CV 07 6251 to the trust office here at this institution, thereafter, on December 12, 2007 I submitted an application for CV 07 6377 to be completed and mail to the court.

I inquired about the above, and was given this response. "See attachment to this letter."
Nonetheless, I am re-submitting two applications with the case number "stamped" by the court.

Thank you for your understanding in this matter.

Sincerely,
ANDREW ARMSTRONG

DATE: 12-17-07

HOUSING: NORA-251L

NAME: ARMSTRONG

CDC NUMBER: H 44225

The In Forma Pauperis trust account certification that you requested has been completed and was mailed to the court on this date. A copy can not be returned to you, however, a copy of the document is kept in the Trust office for future reference as needed. BOTH MAILED.

C.T.F TRUST ACCOUNTING

Andrew Armstrong H-44225
P.O. Box 705 RA-251
Soledad, CA 93960-0705

CONFIDENTIAL
LEGAL MAIL

US District C
450 Golden Gate
P.O. Box 36060
San Francisco, CA