NAME: ANDREW E. ARMSTRONG
CDC #: H-44225
CELL: E-135
P.O. BOX 689
SOLEDAD, CA 93960-0689

IN PROPRIA PERSONA

**FILED**
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US DISTRICT COURT, NORTHERN DISTRICT OF CALIF.
(COURT)

| | |
|---|---|
| ANDREW E. ARMSTRONG ) | CASE NO. CV 07 6251 JF |
| PETITIONER ) | NOTICE OF CHANGE OF ADDRESS |
| V. ) | |
| B. CURRY, Warden et. al. ) | |
| RESPONDENT ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN, that the above-named petitioner, ANDREW E. ARMSTRONG, has changed his address of record to:

NAME: ANDREW E. ARMSTRONG   CDC#: H-44225

HOUSING / CELL: E-135

P.O. BOX 689    CORRECTIONAL TRAINING FACILITY

SOLEDAD, CA 93960-0689

Respectfully submitted,

1/15/08
DATE

_Andrew E. Armstrong_
PETITIONER (Signature)

Andrew Armstrong H-44225
P.O. Box 689   E-135
Soledad, CA 93960-0689

LEGAL MAIL

Clerk of the U.S. District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102