# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Andrew E. Armstrong | 07-6251-JF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| B. Curry, et al | see below |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nurse I. Grewal, Correctional Training Facility

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Hwy. 101 North, PO Box 686, Soledad, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Andrew E. Armstrong, H-44225
Correctiona Training Facility
PO Box 689, E-135
Soledad, CA 93960

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

xxxx

1. Complaint
2. Order of Partial Dismissal and of Service, Directing Defendants to File Dispositive Motion or Notice Regarding Such Motion

Signature of Attorney or other Originator requesting service on behalf of: Sandy Morris  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5361
DATE: 5/14/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No. 11
District to Serve No. 11
Date: 5/28/08

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 8/20/08   Time: Phone
UNEXECUTED

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| $4 | | | $4 | | $4 | |

REMARKS:
5/30/08 MAILED U.S. Mail
08/20/08 The subject is unknown at the facility. The facility will not accept service.

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | | |
|---|---|---|
| ANDREW E. ARMSTRONG | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   CV 07-06251 JF |
| B. CURRY | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
   Nurse I. Grewal, Correctional Training Facility
   Hwy. 101 North, PO Box 686
   Soledad, CA 93960

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Andrew E. Armstrong, H-44225, Correctional Training Facility
PO Box 689, E-135
Soledad, CA 93960

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
Name of clerk of court

Date: _____5/14/08_____

*Sandy Morris*
Deputy Clerk's signature
ANDY MORRIS

UNEXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __8/20/08__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on __08/20/08__ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ __45.00__ for services, for a total of $ __0.00__.

Date: __8/20/08__

Server's signature: Donald

Printed name and title: Donald Harris Jr   USMS

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113

Server's address

**UNEXECUTED**