NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. ARMSTRONG, ) | No. C 07-6251 JF (PR) |
| ) | |
| Plaintiff, ) | ORDER AMENDING ORDER |
| ) | OF PARTIAL DISMISSAL AND |
| vs. ) | OF SERVICE |
| ) | |
| B. CURRY, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

    Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against Correctional Training Facility personnel. On May 13, 2008, the Court dismissed certain claims and ordered service of the cognizable claims on Defendants Dr. J. Chudy, Dr. I. Grewal. Dr. Ulanday, and Nurse I. Grewal. (Docket No. 8.)

    The Court amends the May 13, 2008 Order of Partial Dismissal and of Service to strike the order of service on Nurse I. Grewal, (Docket No. 8 at 3), and directs the Clerk of the Court to issue summons and the United States Marshal to serve, without prepayment of fees, a copy of the complaint in this matter, all attachments thereto, a copy of the Court's May 13, 2008 order, and a copy of this order upon the named **Defendant**

1  **Nurse S. Morris** at the **Correctional Training Facility in Soledad, California**.
2  Defendant Morris is directed to file a motion for summary judgment or other dispositive
3  motion with respect to the claims in the complaint in accordance with the May 13, 2008
4  order.  All other provisions of the May 13, 2008 order not inconsistent with this order
5  remain in effect .
6      IT IS SO ORDERED.
7  DATED: 9/9/08

JEREMY FOGEL
United States District Judge