NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW E. ARMSTRONG, | ) | No. C 07-6251 JF (PR) |
| Plaintiff, | ) ) | ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL |
| vs. | ) ) | |
| B. CURRY, Warden, et al., | ) ) | (Docket Nos. 15, 16) |
| Defendants. | ) ) | |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against Correctional Training Facility personnel. On May 13, 2008, the Court dismissed certain claims and ordered service of the cognizable claims on Defendants Dr. J. Chudy, Dr. I. Grewal. Dr. Ulanday, and Nurse I. Grewal. (Docket No. 8.)

ON September 11, 2008, the Court amended the service order to strike the order of service on Nurse I. Grewal, (Docket No. 8 at 3), and direct the Clerk of the Court to issue summons and the United States Marshal to serve, without prepayment of fees, a copy of the complaint in this matter, all attachments thereto, a copy of the Court's May 13, 2008 order, and a copy of this order upon the named Defendant Nurse S. Morris at the

1   Correctional Training Facility in Soledad, California.  Plaintiff has since filed a motion to
2   "correct" the order of service to serve Nurser Morris instead of Nurse Grewal.  In light of
3   the September 11, 2008 order, Plaintiff's motion for "correction" (Docket No. 16) is
4   DENIED as moot.
5       Plaintiff's motion for appointment of counsel is DENIED without prejudice for
6   want of exceptional circumstances (Docket No. 15).
7       IT IS SO ORDERED.
8   DATED: __11/14/08__                    _____
                                            JEREMY FOGEL
9                                           United States District Judge

Order Amended Order of Partial Dismissal and of Service
G:\PRO-SE\SJ.JF\CR.07\Armstrong251misc.wpd          2